COPY

1  Nilab N. Rahyar (State Bar No. 272810)
   nnrahyar@jonesday.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA 92612.4408
   Telephone: (949) 851-3939
4  Facsimile: (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS,
6  INC.

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

11  PHILIPPE ZATTA,                    Case No. **SACV12-02068 CJC (RNBx)**

12                Plaintiff,           **DEFENDANT EXPERIAN
                                       INFORMATION SOLUTIONS,**
13      v.                             **INC.'S NOTICE OF REMOVAL
                                       OF ACTION PURSUANT TO 28**
14  EXPERIAN INFORMATION               **U.S.C. §1441**
    SOLUTIONS, INC., aka Experian,
15                                     [FEDERAL QUESTION]
                Defendant.
16

17

18       TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19       Pursuant to 28 U.S.C. § 1441 *et seq.*, Defendant Experian Information

20  Solutions, Inc. ("Experian") hereby files a Notice of Removal for the above-

21  captioned action to this Court.

22       In further support of this Notice, Experian states:

23       1.    Experian, is a named Defendant in Civil Action No. 30-2012-

24  00608250 filed in the Superior Court of the State of California, County of Orange

25  (the "State Court Action").

26       2.    The Complaint in the State Court Action was filed with the Clerk of

27  the Superior Court of the State of California, County of Orange on October 30,

28

IRI-45233v1

1   2012. Defendant Experian is the only defendant and was served with the

2   Complaint on November 2, 2012.

3       3.      This Notice is being filed with this Court within thirty (30) days after

4   Defendant Experian received a copy of Plaintiff's initial pleadings setting forth the

5   claims for relief upon which Plaintiff's action is based.

6       4.      Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibit A is a true

7   and correct copy of all substantive records and proceedings from the state court.

8       5.      Pursuant to 28 U.S.C. § 1446(d), Experian shall file a copy of this

9   Notice of Removal with the clerk of the State Court Action, and shall serve Plaintiff

10  through his attorney of record in the State Court Action with this Notice promptly

11  after its filing.

12      6.      Experian is a corporation which, for monetary fees, regularly engages

13  in whole or in part in the practice of assembling consumer credit information or

14  other information on consumers for the purpose of furnishing consumer reports to

15  third parties. Experian uses means or facilities of interstate commerce for the

16  purpose of preparing or furnishing consumer reports, and therefore is a "consumer

17  reporting agency" within the meaning of 15 U.S.C. § 1681a(f).

18      7.      The claims of relief against Experian alleged in the State Court Action

19  arise under the Fair Credit Reporting Act, 15 U.S.C. §§ 1681-1681u. Thus, this

20  court has original subject matter jurisdiction over the above-captioned action

21  pursuant to 28 U.S.C. § 1331 and 15 U.S.C. § 1681p. The above-captioned action

22  may properly be removed to this United States District Court pursuant to 28 U.S.C.

23  § 1441(a) and (b).

24      8.      Defendant Experian does not waive any defense to the Complaint,

25  including but not limited to lack of service, improper service, or lack of personal

26  jurisdiction.

27

28

IRI-45233v1

EXPERIAN INFORMATION SOLUTIONS,
INC.'S NOTICE OF REMOVAL OF ACTION

1    WHEREFORE, Experian notices the removal of this case to the United

2  States District Court for the Central District of California pursuant to 28 U.S.C.

3  §1441 *et seq*.

4  Dated:  November 29, 2012        JONES DAY

5

6                          By: _____

7                               Nilab N. Rahyar

8                          Attorneys for Defendant
                               EXPERIAN INFORMATION

9                           SOLUTIONS, INC.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

 CT Corporation

**Service of Process Transmittal**
11/02/2012
CT Log Number 521535845



| | |
|---|---|
| **TO:** | Scott Leslie, General Counsel Experian Americas<br>Experian<br>475 Anton Blvd<br>Costa Mesa, CA 92626- |

**RE:** **Process Served in California**

**FOR:** Experian Information Solutions, Inc. (Domestic State: OH)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Philippe Zatta, Pltf. vs. Experian Information Solutions, Inc., etc., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint, Exhibit(s) |
| **COURT/AGENCY:** | Orange County - Superior Court - Laguna Hills, CA<br>Case # 30201200608250 |
| **NATURE OF ACTION:** | Unfair debt collection practices in violation of various acts |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Los Angeles, CA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 11/02/2012 at 11:47 |
| **JURISDICTION SERVED :** | California |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service |
| **ATTORNEY(S) / SENDER(S):** | Philippe Zatta<br>4521 Campus Drive #242<br>Irvine, CA 92612<br>949 285 8361 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Standard Overnight , 793995194291 |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Nancy Flores<br>818 West Seventh Street<br>Los Angeles, CA 90017<br>213-337-4615 |

Page 1 of 1 / JS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

*11-2-12 · 1147 A.M*

**SUMMONS**
*(CITACION JUDICIAL)*

**SUM-100**

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
EXPERIAN INFORMATION SOLUTIONS, INC. AKA EXPERIAN

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
HARBOR JUSTICE CENTER
LAGUNA HILLS FACILITY

OCT 30 2012

ALAN CARLSON, Clerk of the Court

BY: _____ DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
PHILIPPE ZATTA

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

30-2012

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE 23141 MOULTON PARKWAY, LAGUNA HILLS, CA 92653 | 00608250 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
PHILIPPE ZATTA, 4521 CAMPUS DRIVE#242, IRVINE, CA 92612

DATE: OCT 30 2012
*(Fecha)*

ALAN CARLSON *(Secretario)*

D. Macias , Deputy *(Adjunto)*

For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* Experian Information Solutions, INC

under: ☒ CCP 416.10 (corporation)     ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)     ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
☐ other *(specify):*

4. ☒ by personal delivery on *(date):* 11-2-12

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

Exh A - Page 5

Philippe Zatta
4521 Campus Drive #242
Irvine, CA 92612
Phone: 949-285-8361

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
HARBOR JUSTICE CENTER
LAGUNA HILLS FACILITY

OCT 3 0 2012

ALAN CARLSON, Clerk of the Court

BY:_____ DEPUTY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

## HARBOR JUSTICE CENTER, LAGUNA HILLS

30-2012

Philippe Zatta,

      Plaintiff,

    vs.

Experian Information Solutions, Inc.

AKA Experian,

      Defendant

Case No.:   0 0 6 0 8 2 5 0

**VIOLATION OF THE CALIFORNIA CONSUMER CREDIT REPORTING ACT**

**LIMITED CIVIL ACTION FOR THE AMOUNT OF $16,000**

Dated this 30th day of October 2012

_____

COMES NOW the Plaintiff, Philippe Zatta (hereinafter "Plaintiff"), Pro Se, and for his

causes of action against Defendant Experian, Inc. (hereinafter "Experian"), avers as

follows:   P.Z    Information Solutions

### PRELIMINARY STATEMENT

1. This is an action for damages brought by an individual consumer against

Zatta Vs Experian - 1

Experian regarding inaccurate, fraudulent and incomplete entries on his credit report and for violations of the California Consumer Credit Reporting Agencies Act (CC §§1785.1–1785.36) et seq., as amended (hereinafter "CCRA").

## JURISDICTION AND VENUE

2. Plaintiff, Philippe Zatta, is a resident of County Of Orange, California.

3. Experian is a for-profit company, organized, existing and doing business in all 50 US states under and by virtue of the laws of the State of California with its office and principal place of business located at 475 Anton Blvd., Costa Mesa, CA 92626; therefore venue is proper in California Superior Court, Laguna Hills, California.

## PARTIES

4. Plaintiff is a natural person and is a resident of Orange County, California.

5. Plaintiff is a "consumer" as defined by the CCRA 1785.3(b).

6. Experian is a "consumer reporting agency" as defined by the CCRA 1785.3(d), engaged in whole or in part in the business of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer credit reports to third parties.

## FACTUAL ALLEGATIONS: PART ONE

7. In May 2012, after being declined credit, Plaintiff requested and received his credit report files from Defendant Experian. Plaintiff unpleasantly discovered newly added inaccurate and fraudulent credit information into Plaintiff's credit report files by Defendant Experian in violation of California CCRA Act (§§1785.1-1785.36). Plaintiff had been disputing that inaccurate information since 2010.

8. The inaccurate and fraudulent credit information includes an alleged other name *"Zalta"* Defendant Experian alleged that Plaintiff had allegedly used as other name to apply for and/or receive credit. Defendant Experian alleged that Defendant Experian had verified the use of "other name Zalta" by Plaintiff. Such false and malicious claim by Defendant Experian caused Plaintiff to spend nearly $10,000 to investigate the fraudulent misuses of Plaintiff's identity in all 50 States of the United States. Defendant

1   Experian is well aware that Plaintiff is a victim of identity theft. Defendant Experian
2   knows that Plaintiff had placed a security freeze and a security alert into Plaintiff's credit
3   report files since 2008. Plaintiff reported to Defendant Experian that Plaintiff had never
4   used any other name beside Plaintiff's last name Zatta to apply for and to receive credit.
5   Plaintiff provided proofs to Defendant Experian that Plaintiff had been living
6   continuously in the State of California for the past seven (7) years.

7   9. Plaintiff requested that Defendant Experian remove such inaccurate and fraudulent
8   credit information from Plaintiff's credit report files but Defendant Experian refused to do
9   so in violation of the California CCRA Act.

10   10. Defendant Experian repeatedly claimed that Defendant Experian had thoroughly
11   verified such information ("Zalta") and that the alleged uses of "Zalta" occurred outside
12   of California and into other States of the United States where Plaintiff had never been,
13   lived or resided! However, Defendant Experian refused to provide Plaintiff with more
14   details on the fraudulent misuses of Plaintiff's identity outside of California and
15   throughout the United States.

16   11. Defendant Experian has maintained and is still maintaining such inaccurate and
17   fraudulent credit information into Plaintiff's credit report files. Defendant Experian had
18   even attributed code 7672 as Name Identification Number to "Zalta" into Plaintiff's credit
19   report file as shown in Exhibit 1 in violation of California CCRA Act *(Exhibit 1- Plaintiff's*
20   *credit report files by Defendant Experian dated June 27, 2012 and October 4, 2012).*

21   12. Inaccurate and fraudulent credit information in Plaintiff's credit files also include
22   alleged past residential addresses and alleged phone numbers which are completely
23   unknown to Plaintiff. In example, Defendant Experian had listed alleged residential
24   addresses with area codes 310 and 702. Plaintiff had never resided *in Los Angeles* or in
25   *Las Vegas, Nevada* with areas codes 310 and 702, respectively.

26   13. Defendant Experian is knowingly maintaining into Plaintiff's credit report files
27   information that are not only inaccurate but might have resulted from identity theft even
28   though Defendant Experian knows that Plaintiff is a victim of identity theft and that

Plaintiff had placed a security freeze and security alert into Plaintiff's credit report files since 2008. Since 2008, Defendant Experian had provided Plaintiff with a Personal Identification Number to deal with issues related to Plaintiff's security freeze and alert according to California State legislation.

14. Plaintiff had been fighting very hard against identity theft since 2008. Plaintiff had always been taking all precautionary steps to protect his identity thefts, including spending huge amounts of money to privately investigate any potential fraudulent misuse of Plaintiff's identity in all 50 States of the United States.

15. Defendant Experian is informed about Plaintiff's restless efforts to protect his identity and the huge amount of money to protect himself from further fraudulent misuses of Plaintiff's identity.

16. When Plaintiff requested that Defendant Experian re-investigate the inaccurate and/or potentially fraudulent credit information from June 2012 through August 2012, Defendant Experian failed to adopt reasonable procedures to ensure that information is current and accurate as requested by California CCRA Act, §1785.14. Instead, Defendant Experian made the awkward requests that Plaintiff provide Defendant Experian with proofs that Plaintiff had never used the alleged "Zalta" name, proofs that Plaintiff had not lived or resided outside of the State of California. Defendant Experian also requested that Plaintiff provided substantial proofs that Plaintiff had never had the alleged phone numbers reported in Plaintiff's credit report files.

17. Plaintiff provided every document available to Plaintiff clearing supporting evidences that Plaintiff had been living, residing and working continuously in the State of California for at least the past seven (7) years. Such proofs included but were not limited to records of all utility bills, bank account statements, credit cards statements, proofs of health/auto insurance, letters of employment offer with paystubs, California DMV records etc.... Defendant Experian rejected all proofs of residency in the State of California submitted by Plaintiff's until today, alleging that such records do not prove

1  that Plaintiff had never lived or resided anywhere in the United States such as the State
2  of Nevada.

3  18. Defendant Experian acknowledged that Plaintiff may still be at risk of having
4  Plaintiff's stolen identity being fraudulently used and/or misused at anytime and
5  anywhere in all 50 states of the United States. However, Defendant Experian firmly
6  decided not to remove the inaccurate and fraudulent credit information from Plaintiff's
7  credit report files even though aware of the inaccuracy and the fraudulent nature of the
8  information, in violation of California CCRA Act.

9  19. Defendant Experian also reported into Plaintiff's credit report files that Plaintiff's last
10  two employers were Univ. of Notre Dame and University of Norte, respectively.
11  University of Notre Dame is located in the State of Indiana where Plaintiff had been
12  hired as a post-doctoral researcher in January 1998. Plaintiff had left University of Notre
13  Dame in Indiana many years ago and had been living and working in the State of
14  California ever since, at least the past seven (7) years. The last two employers of
15  Plaintiff are located in the State of California. Plaintiff had never reported University of
16  Notre Dame (in Indiana) as one of Plaintiff's past two employers. University of Norte is
17  completely unknown to Plaintiff. Plaintiff had never worked for University of Norte.
18  Plaintiff does not know where University of Norte is located in the United States. Plaintiff
19  had never reported University of Norte as a place of employment at any time. Defendant
20  Experian alleged that Defendant Experian had thoroughly verified the employment
21  information anyway, causing again Plaintiff to spend thousands more of dollars with the
22  hope to catch the potential identity thieves fraudulently misusing Plaintiff's identity
23  anywhere in the United States.

24  20. Plaintiff had consistently shared with Defendant Experian Plaintiff's costly private
25  investigations to prove that the credit information reported by Defendant Experian were
26  not only inaccurate but most of them had resulted from fraud on Plaintiff's identity. As of
27  October 2012, Plaintiff had spent about $16,000 privately investigating inaccurate and
28  fraudulent information reported into Plaintiff's credit report files by Defendant Experian.

1  Defendant Experian could have easily prevented such costly expenses by blocking the
2  fraudulent credit information or removing at the very request of Plaintiff because
3  Defendant Experian knew that such information was inaccurate and/or resulted from
4  identity theft.

5  21. Instead, Defendant Experian had been maintaining such inaccurate and credit
6  damaging information into Plaintiff's credit report files with the sole purpose of hurting
7  Plaintiff's credit worthiness. Defendant Experian had been acting so without any regard
8  to Plaintiff's rights as a consumer and a victim of identity theft in violation of the
9  California CCRA Act.

10  22. Plaintiff's most serious concerns about Plaintiff's credit report files were inaccurate,
11  fraudulent, yet severely-credit-damaging information related to three (3) alleged
12  delinquent credit accounts into Plaintiff's credit report files by Defendant Experian.
13  Plaintiff had never heard from those three (3) alleged delinquent accounts until May
14  2012 when Plaintiff was denied credit because Plaintiff's credit report files issued by
15  Defendant Experian. From January 2012 through April 2012, Plaintiff had been declined
16  credit twelve (12) times because of Defendant Experian maintaining inaccurate and
17  fraudulent credit information, subsequently destroying Plaintiff's credit worthiness.

18  23. Plaintiff requested and received credit report files from Defendant from May 2012
19  through October 2012, all of them confirming and maintaining the alleged delinquent
20  accounts along with other inaccurate information such as other name "Zalta", inaccurate
21  addresses, phone numbers, inaccurate employment data etc...in spite of Plaintiff's
22  complaints and repeated requests for removal of the inaccurate and fraudulent credit
23  information.

24  24.  Under the California CCRA Act §1785.30, Plaintiff wrote to the alleged credit
25  collection agencies via USPS certified mail with return receipt to request that the
26  collection agencies validate the alleged debts or at least portion of them. Receipts for
27  the USPS certified mails with return receipts are shown in Exhibit 2 *(Exhibit 2- Proofs of*
28  *certified mail with return receipt sent to alleged collection agencies).* None of those

1   three (3) alleged collection agencies responded in timely manner and subsequently
2   failed to validate the alleged debts and/or any portion of them.

3   25. More than 90 days later, in September 2012, Plaintiff sent copies, records and
4   proofs of his USPS certified letters with return receipts sent to alleged furnishers of
5   collection accounts information to Defendant Experian. Plaintiff informed Defendant
6   Experian that none of the collection agencies had responded in timely manner and
7   subsequently, none of the alleged collection agencies was able to validate the alleged
8   debts. Plaintiff reaffirmed that Plaintiff does not owe any of the alleged debts.

9   26. Under the California CCRA Act, §1785.30, Plaintiff also required Defendant
10  Experian indicate during the dispute process that the items were in dispute on Plaintiff's
11  reports, and that Defendant Experian delete or correct the disputed item if they were
12  found to be inaccurate or if the persons on whom the demand for information was made
13  does not respond within 90 days.

14  27. Defendant Experian simply ignored Plaintiff's requests and failed to delete the
15  inaccurate credit information in violation of California CCRA Act. Plaintiff contacted
16  again Defendant Experian several times between September and October 2012 to
17  dispute the alleged debts. Plaintiff requested that Defendant Experian reinvestigate and
18  record the current status of any item Plaintiff was disputing by adding, correcting, or
19  deleting information as necessary, as requested by California CCRA Act. Again,
20  Defendant Experian willfully and/or negligently failed to abide by the Law of the State of
21  California. Defendant Experian failed to respect the rights of Plaintiff under the Act.

22  28. Even though Plaintiff provided all proofs that the alleged debts are completely
23  unknown to Plaintiff, that Plaintiff does not owe any of the debts and that the debts are
24  not valid debts, Defendant Experian refused to take any reasonable step to
25  reinvestigate, correct and delete the inaccurate and fraudulent credit information.
26  Defendant Experian willfully violated the California CCRA Act and willfully violated
27  Plaintiff's rights under the CCRA Act as a consumer and a victim of identity theft.

28  29. For example, the alleged delinquent credit account with Verizon Wireless,

MINNEAPOLIS, MN does not exist at all, unless such account purely resulted from fraud. Plaintiff had never applied for and/or opened a Verizon Wireless phone account in MINNEAPOLIS, MN. Plaintiff has and still has as of today a cell phone service in good standing with Verizon Wireless, COSTA MESA, CA. Plaintiff regularly pays his cell phone account with Verizon Wireless, COST MESA, CA with Plaintiff's Visa credit card ending in 8897 and expiring in 11/2013 as shown by Exhibit 3 (*Exhibit 3-Payment of Plaintiff's good standing account with Verizon Wireless Costa Mesa, CA with Plaintiff's good standing credit card account ending in 8897).* Defendant Experian had alleged that Plaintiff's visa credit card ending in 8897 does not exist at all but Defendant Experian claimed that the alleged delinquent account with Verizon Wireless MINNEAPOLIS, MN had been thoroughly verified!

30. Plaintiff had no other cell phone service and/or account with Verizon Wireless except Plaintiff's only one account opened in Costa Mesa, CA and in very good standing with Verizon Wireless, COSTA MESA, CA.

31. Plaintiff also provided Defendant Experian with proofs that alleged collection agencies FIDELITY CREDITOR SERVICE, INC. and PROGRESSIVE MANAGEMENT SYSTEMS, INC. were dissolved and suspended, respectively, according to the records of the State of California Secretary of State as shown in Exhibits 4 and 5. FIDELITY CREDITOR SERVICE, INC. does not legally exist or is not registered in the State of California as a Corporation. FIDELITY CREDITOR SERVICE, INC and PROGRESSIVE MANAGEMENT SYSTEMS, INC cannot collect debts in the State of California in violation of State of California Law.

32. In spite of all substantial evidences and documents provided by Plaintiff to Defendant Experian, Defendant Experian failed to correct or delete inaccurate information as necessary in violation of the California CCRA Act. Instead, Defendant Experian maliciously treated Plaintiff's disputes as frivolous and Defendant Experian had been maintaining such inaccurate information into Plaintiff's credit report files as of today.

33. On October 24, 2012, Defendant Experian contacted Plaintiff by email to inform Plaintiff that Defendant Experian has updated Plaintiff's credit report files as shown in Exhibit 6 *(Exhibit 6- Email correspondence from Defendant Experian dated October 24, 2012)*. Defendant Experian not only maintained all inaccurate and fraudulent credit information but by also added one more alleged delinquent collection account from an alleged delinquent wireless cell phone service allegedly from ATT Mobile as shown in Exhibit 7 *(Exhibit 7- Excerpts of Plaintiff's credit report files after October 24, 2012)*. The alleged collection agency allegedly located in the State of Massachusetts had never contacted Plaintiff before October 24, 2012. The alleged collection agency located in the State of Massachusetts had not contacted Plaintiff as of today. Plaintiff had never heard of such delinquent account before October 24, 2012 allegedly delinquent as of October 2012 as reported by Defendant Experian into Plaintiff's credit report files.

34. Plaintiff has not had any cell phone service from ATT Mobile since May 2009. Plaintiff had maintained his cell phone service with ATT Mobile in good standing with ATT Mobile from September 2005 through May 2009 before switching to Verizon Wireless on or around mid-May 2009. Beside Verizon Wireless, Plaintiff had not had any cell phone service with ATT Mobile since May 2009. Plaintiff had never been, resided or lived in the State of Massachusetts. Plaintiff had never applied for and/or received a cell phone service from ATT Mobile in the State of Massachusetts. This information, as those mentioned above, is clearly a result of fraud on Plaintiff's identity.

35. Because of the actions of Defendant Experian, Plaintiff will have to spend again thousands of dollars to investigate potential fraudulent misuses of Plaintiff's identity that resulted into alleged delinquent Verizon Wireless and ATT Mobile accounts in the state of Minnesota and Massachusetts, respectively. Defendant Experian could have easily spared Plaintiff from such heavy financial burdens, which are becoming increasingly very costly, time consuming and nerve breaking. Defendant Experian should have blocked any fraudulent credit information from Plaintiff's credit files according to the California CCRA Act but Defendant Experian willfully failed to do so..

36. Defendant Experian willfully and/or negligently violated California CCRA. Defendant Experian is still violating the California CCRA Act and Plaintiff's rights under the Act every step of the way.

37. During all dispute processes, Plaintiff was courteous and had followed the standards set forth by Defendant Experian for Defendant Experian to give full consideration to the Plaintiffs' disputes and requests. However, Defendant Experian acted recklessly and failed to meet its legal obligations under the California CCRA Act and Defendant Experian treated Plaintiff without any regard to Plaintiff's rights under the California CCRA Act. Defendant Experian consistently disregarded any requests from Plaintiff to delete or correct the disputed items even though Defendant Experian knew that they were found to be inaccurate or had resulted from fraud on Plaintiff's identity.

38. Defendant Experian is well aware that Plaintiff is a victim of identity theft. Defendant Experian knows that Plaintiff had placed a security freeze and a security alert into Plaintiff's credit report file.

39. Under the California CCRA Act, 1785.11.2. (a) Plaintiff's security freeze and security alert prohibit Defendant Experian from releasing Plaintiff's credit reports or any information from it without the express authorization of Plaintiff. However, Defendant Experian knowingly, willfully and/or negligently released Plaintiff's credit reports to several third parties without Plaintiff's express authorization in violation of the California CCRA Act 1785.11.2.(a). Defendant Experian was further exposing Plaintiff to more potential identity thefts instead of protecting Plaintiff by following the California CCRA Act.

40. As part of Plaintiff's efforts to protect his identity, Plaintiff requested that Defendant Experian block Plaintiff's date of birth or any portion from Plaintiff's credit report files. However, Defendant Experian failed to meet Plaintiff's request, which should have helped protect Plaintiff from further identity thefts, in violation of California CCRA Act, 1785.11.2.

41. As a direct or proximate result of Defendant Experian unlawful actions in

1  maintaining inaccurate, fraudulent and credit-damaging information into Plaintiff's credit
2  report files, Plaintiff was declined credit opportunities for allegedly having too many
3  collection accounts into Plaintiff's credit report files issued by Defendant Experian.
4  Plaintiff missed many credit opportunities because of the unlawful, willful and reckless
5  actions of Defendant Experian in addition of causing Plaintiff to spend over $16,000 to
6  privately investigate inaccurate, fraudulent credit information along with alleged
7  collections accounts, potential misuses, and fraudulent uses of Plaintiff's identity
8  anywhere in the United States. Plaintiff's identity may be still misused at anytime and
9  anywhere in the United States in part because of Defendant Experian's willful violations
10 of the California CCRA Act and Defendant Experian's failures to protect Plaintiff's rights
11 under the CCRA Act.

12 42. Defending Experian had been disclosing Plaintiff's birth date on credit report files.
13 From September 2010 through April 2012, Defendant Experian was also mailing
14 Plaintiff's credit report files to addresses that were no longer current even though
15 Plaintiff had notified Defendant Experian of Plaintiff's change of address by USPS
16 certified mail with return receipt.

17 43. Defendant Experian is therefore liable for damages caused to Plaintiff by further
18 exposing Plaintiff to identity theft and causing Plaintiff to spend huge amount of money
19 to privately investigate inaccurate and fraudulent information placed by Defendant
20 Experian into Plaintiff's credit files. Defending Experian is also liable for severely hurting
21 Plaintiff's credit worthiness, for defaming Plaintiff and damaging Plaintiff's reputation
22 under the California CCRA Act.

23 44. Plaintiff had sustained serious damages resulting from a willful and/or negligent
24 violation of the CCRA Act by Defendant Experian, primarily caused by the issuance of a
25 falsely unfavorable report that also caused Plaintiff to be denied employment
26 opportunity. Plaintiff is entitled to receive actual damages, including loss of revenue,
27 costs, pain and suffering in addition to other reliefs the court deems appropriate.

28                            **FACTUAL ALLEGATIONS: PART TWO**

45. Plaintiff re-alleges and incorporates Paragraphs 1 through 44 as if fully set forth herein.

46. Even though Defendant Experian is aware that Plaintiff was (and still is) a victim of identity theft and that Plaintiff had frozen Plaintiff's credit files since 2008, Defendant Experian had always been very prompt in reporting and maintaining inaccurate and fraudulent credit information into Plaintiff's credit report files in violation of the California CCRA Act.

47. In addition to maintaining inaccurate and fraudulent credit information into Plaintiff's credit report files, Defendant Experian had developed a consistent pattern of gradually wiping out most good standing credit account information from Plaintiff's credit report files that truly reflect Plaintiff's outstanding credit performances.

48. From 2010 through 2012, Defendant Experian had managed to delete or block eleven (11) good standing credit accounts from Plaintiff's credit report files instead of blocking the fraudulent ones. The eleven (11) good standing credit accounts include seven (7) bank-issued visa and master credit cards, some of which Plaintiff has had and/or is still holding as of today. For example, Plaintiff had and still holds a visa credit card issued by Citibank ending in 8897 and expiring in 11/2013, which Plaintiff regularly uses to pay for his balance for Plaintiff's good standing Verizon Wireless cell phone account with Verizon Wireless COSTA MESA, CA *(As previously shown in Exhibit 3)*. Defendant Experian had consistently refused to report this Citibank-issued visa credit card account into Plaintiff's credit report file alleging that Defendant Experian could not verify the existence of such account.

49. Defendant Experian pretended having thoroughly investigated all missing accounts for years and maliciously concluded that any of the eleven (11) accounts does not exist at all! Defendant Experian had willfully committed fraud on Plaintiff's credit report files by blocking and removing accurate and verifiable credit information.

50. Plaintiff requested that Defendant Experian contact directly the original creditors of Plaintiff's accounts in good standing for further verification but Defendant Experian

1 refused to do so anyway, again Defendant Experian treating such requests as frivolous.

2 51. Deleting and/or blocking accurate, verifiable and valuable credit information by

3 Defendant Experian from Plaintiff's credit report files had also severely damaged the

4 credit worthiness of Plaintiff. According to Defendant Experian issued credit report files,

5 Plaintiff had never held a bank issued credit card in Plaintiff's life time!

6 52. As a direct or proximate result of Defendant Experian's unlawful actions, Plaintiff

7 was denied several credit applications based on Defendant Experian issued incomplete

8 credit report file without eleven good standing credit accounts such as the visa credit

9 card ending in 8897 Plaintiff had been holding since 1998. Plaintiff's applications for

10 new Bank-issued visa and/or master credit cards, requests for increase of existing credit

11 card limits, applications for home loan, new car loans were all declined because of

12 Defendant Experian's unlawful actions. Plaintiff was repeatedly told by potential

13 creditors that Plaintiff does not hold any bank-issued credit card and that Plaintiff does

14 not have an established credit history based for example on bank-issued credit cards.

15 53. Even though Plaintiff was maintaining an outstanding credit performance with zero

16 dollar ($0) debt record until October 2012, Plaintiff's credit score from Defendant

17 Experian was extremely low compared to his scores from competitors Trans Union and

18 Equifax. Plaintiff's score rating from Defendant Experian was considered poor and was

19 at least 150 points below those provided by Trans Union and Equifax. Defendant

20 Experian always failed to provide Plaintiff with explanations of those scores in violation

21 of the California CCRA Act §§1785.10(b), 1785.15(a)(2), 1785.15.1, 1785.15.2,

22 1785.16(m).

23 54. As a direct result of such poor credit score ratings by Defendant Experian, Plaintiff

24 recently was always declined credit solely because of Defendant Experian credit report

25 files and credit scores. Had Plaintiff's scores being in the ranges of those issued by

26 Trans Union and Equifax, Plaintiff would have easily secured loans with the lowest rates

27 available. Instead, very recently in October 2012, Plaintiff was again denied credit for

28 the purchase of a used car. Financing Bank stated that Plaintiff had a record number of

collection accounts into credit report files and a low credit score from Defendant Experian. Defendant Experian made impossible for Plaintiff to enjoy Plaintiff to qualify for any credit opportunity and to secure credit opportunities whenever Plaintiff needed.

55. Defendant Experian is liable for damages caused to Plaintiff for hurting Plaintiff's credit worthiness and reputation under the California CCRA Act. Plaintiff had sustained damages resulting from multiple willful and/or negligent violations of the California CCRA Act by Defendant Experian, primarily the blocking of accurate, verifiable and favorable credit account information which would have resulted in favorable credit reports and high credit scores. Plaintiff was even turned down for employment in part because of Defendant Experian causing loss of revenue to Plaintiff.

56. Plaintiff is therefore entitled to receive actual damages, including loss of revenue, costs, pain and suffering in addition to other reliefs the court deems appropriate.

57. At all times pertinent hereto, Defendant Experian was acting by and through its agents, servants and/or employees who were acting within the course and scope of their agency or employment, and under the direct supervision and control of Defendant Experian.

58. Defendant Experian's intentional, willful, reckless and malicious disregard of statutory duty was a direct and proximate cause in bringing about Plaintiff's actual damages, including but not limited to, emotional distress, insomnia and economic damages.

## CLAIM FOR RELIEF

59. Plaintiff re-alleges and incorporates Paragraphs 1 through 58 as if fully set forth herein.

60. Plaintiff's credit files by Defendant Experian contain inaccurate, fraudulent and incomplete credit information.

61. Defendant Experian had fraudulently wiped out major good standing credit information from Plaintiff's credit report files that would have otherwise reflected the outstanding credit performances by Plaintiff and resulted in excellent credit scores.

1  62. From November 2010 to October 2012, Plaintiff had taken all good faith actions to
2  resolve the issues with Defendant Experian by mail, telephone, fax and internet.
3  Defendant Experian had consistently failed to adopt reasonable procedures to ensure
4  that information is current and accurate in violation of the California CCRA Act.

5  63. Defendant Experian had failed to ensure that users of Plaintiff's credit report files
6  are legitimate in violation of California CCRA Act CC §1785.14.

7  64. Defendant Experian had not only ignored Plaintiff's legitimate requests in violation of
8  the California CCRA Act, but Defendant Experian had also treated Plaintiff's demands
9  as frivolous without any factual basis.

10  65. Plaintiff had tremendously suffered and will continue to suffer including but not
11  limited to loss of employment, no qualification for home loan, no qualification for new car
12  loan, denial of apartment rental and other credit opportunities caused by Defendant
13  Experian's unlawful, willful and reckless actions.

14  66. Defendant Experian had caused Plaintiff to spend over $16,000. Defendant
15  Experian is still causing Plaintiff to spend money to investigate a newly added fraudulent
16  account by Defendant Experian on October 24, 2012.

17  67. Therefore Defendant Experian is liable for damages caused to Plaintiff as a direct or
18  proximate result of Defendant Experian's unlawful actions. Plaintiff is entitled to damage
19  for Defendant Experian's unlawful, willful and reckless actions.

20  ### FIRST CAUSE OF ACTION

21  ### VIOLATION OF CALIFORNIA CONSUMER CREDIT REPORT ACT

22  68. Plaintiff re-alleges the allegations set forth in Paragraphs 1 through 67 here-in
23  above.

24  69. Defendant Experian willfully and/or negligently violated the California CCRA Act §
25  1785.1 by failing to ensure that the information Defendant Experian issued for Plaintiff
26  credit, insurance, residence, rental, or employment purposes was fair and impartial and
27  respects Plaintiff's rights under the Act and Plaintiff's privacy.

28  70. Defendant Experian willfully and/or negligently violated the California CCRA Act

1  §1785.1 by knowingly listing, maintaining, updating inaccurate, incomplete, and
2  fraudulent credit information into Plaintiff's credit report files even though knowing that
3  Plaintiff is a victim of identity theft and that Plaintiff had placed a security freeze into
4  Plaintiff's credit report (CCRA Act §1785.11.3. (a)).

5  71.   Defendant Experian willfully and/or negligently violated the California CCRA Act §
6  1785.14(b) by failing to adopt reasonable procedures to assure maximum possible
7  accuracy of the information concerning the individual about whom the report relates.

8  72. Defendant Experian willfully and/or negligently violated the California CCRA Act §
9  §1785.16(a)-(j) by failing to reinvestigate and record the current status of any item
10  Plaintiff disputes by adding, correcting, or deleting information as necessary, and notify
11  the consumer and specified past users of the consumer's report. Defendant Experian
12  also failed to notify Plaintiff and include a statement of Plaintiff's position on the disputed
13  item in subsequent reports.

14  73. Defendant Experian willfully and/or negligently violated the California CCRA Act §
15  §§1785.10(a), 1785.15, 1785.17 by failing to make all applicable files available for
16  inspection on the request of Plaintiff, and, within specified limitations, disclose the
17  recipients of reports issued on Plaintiff.

18  74. Defendant Experian willfully and/or negligently violated the California CCRA Act
19  §§1785.11-1785.12 by failing to Issue reports only in specified circumstances,  at the
20  Plaintiff's written request, or to those who have a legitimate business need for the
21  information involving Plaintiff.

22  75. Defendant Experian willfully and/or negligently violated the California CCRA Act
23  §1785.18(c) by failing to omit from reports which were furnished for employment
24  purposes any information regarding the age of Plaintiff.

25  76. Defendant Experian willfully and/or negligently violated the California CCRA Act
26  §§1785.10(b), 1785.15(a)(2), 1785.15.1, 1785.15.2, 1785.16(m) by failing to provide
27  credit scores and explanations of these scores on request.

28  77. Defendant Experian willfully and/or negligently violated the California CCRA Act

§1785.19.5 by failing upon written request of Plaintiff to create reasonable procedures to prevent information about Plaintiff from being provided for marketing purposes or for offers of credit not requested by Plaintiff even though Defendant Experian was aware that Plaintiff is a victim of identity theft and that Plaintiff had placed a security freeze on Plaintiff's credit report.

78.  Defendant Experian willfully and/or negligently violated the California CCRA Act § 1785.11.3 (a) by making changes to Plaintiff's name *("Zalta")* and address *(unknown to Plaintiff)* in Plaintiff's credit report file without sending a written confirmation of the change to Plaintiff in spite of Plaintiff's security freeze.  Defendant Experian also failed to send Plaintiff written confirmation of address to both the new address and to the former address.

79.  Defendant Experian willfully and/or negligently violated the California CCRA Act § 1785.15 (d) by failing to provide trained personnel to explain to Plaintiff any information furnished him pursuant to Section 1785.10.

80. Defendant Experian willfully and/or negligently violated the California CCRA Act §1785.16. (a) by failing to investigate the completeness or accuracy of several items of information contained in Plaintiff's file disputed by Plaintiff when the dispute was conveyed directly to Defendant Experian by Plaintiff. Defendant Experian also failed to reinvestigate within a reasonable period of time and without charge, and record the current status of the disputed information before the end of the 30-business-day period beginning on the date the Defendant Experian received notice of the dispute from Plaintiff.  Plaintiff's disputes were not frivolous or irrelevant.

81. Defendant Experian willfully and/or negligently violated the California CCRA Act §1785.16.(b) by failing to  review and consider all relevant information submitted by Plaintiff related to nine (9) good standing credit account information with respect to the disputed items of information. Defendant Experian also failed to notify Plaintiff by mail the specific reasons why Defendant Experian had determined Plaintiff's disputes were frivolous or irrelevant in spite of the irrefutable proofs that Plaintiff holds and still has as

1  of today a visa credit card ending in 8897 and expiring in 11/2013 never reported into

2  Plaintiff's credit file.

3  82. Defendant Experian willfully and/or negligently violated the California CCRA Act

4  §1785.16.(b) by failing to promptly add, eleven (11) good standing credit information

5  into Plaintiff's credit report file.

6  83. Defendant Experian willfully and/or negligently violated the California CCRA Act

7  §1785.16 (d) by failing to provide written notice to Plaintiff of the results of any

8  reinvestigation of eleven (11) good stand credit accounts not appearing into Plaintiff's

9  credit report files. Defendant Experian failed to provide Plaintiff with a notice pursuant to

10  §1785.16 (d).

11  84.     Defendant Experian willfully and/or negligently violated the California CCRA Act

12  §1785.16 (g) for failing to clearly note that the information was disputed by Plaintiff and

13  failing to include in the report either Plaintiff's statement or a clear and accurate

14  summary thereof.

15  85. Defendant Experian willfully and/or negligently violated the California CCRA Act

16  §1785.11.2 by releasing Plaintiff's credit report or any information from it without the

17  express authorization of Plaintiff. Defendant Experian negligently or willfully released

18  incomplete Plaintiff's credit report files with inaccurate and fraudulent credit information

19  to third parties without prior express authorization from Plaintiff.

20  ### SECOND CAUSE OF ACTION

21  ### VIOLATION OF THE FEDERAL FAIR CREDIT REPORTING ACT

22  86. Plaintiff re-alleges the allegations set forth in Paragraphs 1 through 67 here-in

23  above.

24  87. Defendant Experian willfully and/or negligently violated the Fair Credit Reporting Act

25  (FCRA) 15 U.S.C. § 1681. Defendant Experian violated several provisions of the FCRA

26  as well provisions common to both the CCRA and FCRA Acts.

27  ### THIRD CAUSE OF ACTION

28  ### LOSS OF OPORTUNITY

103. Defendant Experian has a duty of reasonable care not to injure Plaintiff, Plaintiff's rights, privacy, general reputation, or credit reputation.

104. Defendant Experian negligently failed to do so. Instead, between November 2010 and 2012, Defendant Experian had violated its duty of reasonable care to Plaintiff by continuing to report inaccurate, fraudulent credit accounts and credit information as severely delinquent and unpaid.

105. As a result of the Defendant Experian's negligence, Plaintiff has suffered extreme mental anguish, a loss of reputation, and a loss of ability to obtain credit and employment.

106. Plaintiff has suffered economic and psychological damages as a result of the negligence of Defendant Experian. Plaintiff is entitled to reimbursement and compensation for his injuries.

## FIFTH CAUSE OF ACTION

## FRAUD AND DECEPTIVE BUSINESS PRACTICES

107. Plaintiff re-alleges the allegations set forth in Paragraphs 1 through 67 here-in above.

108. Defendant Experian knowingly and fraudulently removes eleven (11) good standing credit accounts to harm Plaintiff's credit worthiness. Defendant Experian knew that credit information related to those accounts was accurate and verifiable. However, Defendant Experian acted maliciously and fraudulently, in violation of the California CCRA Act and California Law.

109. Defendant Experian maliciously created incomplete credit report files for Plaintiff suggesting that Plaintiff had mostly delinquent credit accounts. Defendant Experian is aware that such practices are fraudulent and deceptive business practices.

## PRAYER FOR RELIEF

110. WHEREFORE, Plaintiff prays for judgment in Plaintiff's favor and damages against Defendant Experian for each cause of action, violation and respectfully prays for:

1) Compensatory and general damages according to proof;

2)  Statutory damages in an amount to be determined by the jury;

3)  Exemplary and punitive damages in an amount to be determined by the jury;

4)  Costs and expenses incurred in this action;

5)  Such other and further relief as the Court may deem just and proper;

6)  Removal of all inaccurate and fraudulent credit information from Plaintiff's credit report files.

7)  Reinstatement of all eleven (11) good standing credit account information Defendant Experian had fraudulently removed from Plaintiff's credit report files.

Respectfully Submitted,

Dated: October 30, 2012

*Philippe Zatta*

PHILIPPE ZATTA

-Plaintiff, Pro Se

4521 Campus Drive #242

Irvine, CA 92612

Phone: (949) 285-8361

Email: pzatta@gmail.com

### DEMAND FOR JURY TRIAL

Plaintiff respectfully demands a jury trial.

*Exhibit 2-A*

**U.S. Postal Service**
**CERTIFIED MAIL… RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

| | |
|---|---|
| Postage | $0.45 |
| Certified Fee | $2.95 |
| Return Receipt Fee (Endorsement Required) | $2.35 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $5.75 |

Sent To
PROGRESSIVE MANAGEMENT SYST.
Street, Apt. No.; or PO Box No. 1521 W. CAMERON AVE FL1
City, State, ZIP+4 WEST COVENA, CA 91790

PS Form 3800, August 2006          See Reverse for Instructions

7010 0780 0000 7933 8818

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PROGRESSIVE MANAGEMENT
SYSTEMS
1521 W CAMERON AVENUE
FL1
WEST COVINA, CA 91790

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7010 0780 0000 7933 8818

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

Exhibit 2-B



**U.S. Postal Service**
**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com.

GLENDALE CA 91205

**OFFICIAL USE**

| | | | |
|---|---|---|---|
| Postage | $ | $0.45 | 0115 |
| Certified Fee | | $2.95 | |
| Return Receipt Fee (Endorsement Required) | | $2.35 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.75 | 06/18/2012 |

Sent To
FIDELITY CREDITOR SVC
Street, Apt. No.; or PO Box No. 216 S LOUISE ST
City, State, ZIP+4 GLENDALE CA 91205

PS Form 3800, August 2006                    See Reverse for Instructions

7008 2810 0001 8200 7518

---

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

FIDELITY CREDITOR
SERVICE
216 S LOUISE ST
GLENDALE, CA 91205

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____   ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
Leonard Flores              6-18-12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7008 2810 0001 8200 7518

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

*Exhibit 3*

METRO POINT
Verizon Wireless
901 S Coast Dr
Costa Mesa,CA 92626-1747
(714)427-0733
CA1428001,K1428062
10/13/2012 11:14:11

Ord # 000405011
Ord Loc: 1428001

Ord Ty: IS
Reg : 62
Rev Loc: 1428001

User: KIOSK
Mobile#/Acct#: 9492858361


Please keep your receipt until you
have verified the amount requested
has been added to your account

Payment: $50.00

Sales Tax: $0.00

Total Taxes/Fees: $N/A

Amt Paid : $50.00

Paid By: CR xxxxxxxxxxxx8897

Prepay Bal: $64.16

Valid Thru: 01/11/2013

**AGREEMENT**
I agree to the current Verizon Wireless
Prepaid Customer Agreement(PCA).
Including the price plan (and extended
limited warranty/service contract, if
applicable), which was presented to me
by the sales representative at the
original time of purchase/activation
and which I have had time to review.
I understand that I am agreeing to
limitations of liability for service
equipment, settlement of disputes by
arbitration instead of jury trials and
other important terms in the PCA.
Thank you.
For more detailed information visit us
at www.verizonwireless.com



*Exhibit 4*

# California Secretary of State Debra Bowen

Secretary of State        Administration    Elections    **Business Programs**    Political Reform    Archives    Registries

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
  Relations Program**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business
  Solicitations**

## Business Search - Results

Data is updated weekly and is current as of Friday, August 17, 2012. It is not a complete or certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

Results of search for " FIDELITY CREDITOR SERVICE " returned 1 entity record.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C0782330 | 05/18/1976 | DISSOLVED | **FIDELITY CREDITOR SERVICE, INC.** | WALTER H CARLETON |

**Modify Search**    **New Search**

**Privacy Statement** | **Free Document Readers**
Copyright © 2012    California Secretary of State

t23/12          Business Search - Business Entities - Business Programs                    *Exhibit 5*

*common good*   *privacy*   *All people Liberty*   *Speak Conscience*   *without discrimination.*

# California Secretary of State Debra Bowen

Secretary of State      Administration    Elections    **Business Programs**    Political Reform    Archives    Registries

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies &
status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business
  Relations Program**

Customer Alerts
- **Business Identity Theft**
- **Misleading Business
  Solicitations**

## Business Search - Results

Data is updated weekly and is current as of Friday, August 17, 2012. It is not a complete or
certified record of the entity.

- *Select an entity name below to view additional information.* Results are listed alphabetically in
  ascending order by entity name.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to
  request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status
  Definitions**.

Results of search for " PROGRESSIVE MANAGEMENT SYSTEMS " returned 1 entity record.

| Entity Number | Date Filed | Status | Entity Name | Agent for Service of Process |
|---|---|---|---|---|
| C0841625 | 03/23/1978 | SUSPENDED | **PROGRESSIVE MANAGEMENT SYSTEMS, INC.** | |

**Modify Search    New Search**

**Privacy Statement | Free Document Readers**
Copyright © 2012    California Secretary of State

Exh A - Page 30

*Exhibit 6*

+You   Search   Images   **Maps   Play   YouTube   News**   Gmail   **Drive   Calendar   More -**

# Google

Gmail

**More**

COMPOSE

Considered Mercedes-Benz? - www.MBUSA.com/Los-Angeles - View New Models & Special Offers. See What Drives Us – Official Site.

Inbox (19)

**Important**

## Your Experian Dispute Results are Ready    Inbox   x

**Sent Mail**

**Drafts**

**auto.notification@experian.com**                                                                                           Oct 24 (2 days ago)

**Spam (18)**

Images are not displayed. Display images below - Always display images from auto.notification@experian.com

**Personal**

The results of your investigation of information in your Experian personal credit report are now available for online viewing. For your protection, please review your results online within four days of the following date: 10/24/2012

**Travel**

To review your results, go to the following URL and enter the requested information. www.experian.com/rd_personal/ ps_getyourresultCDF_redir.html

**More**

Your Report Number is: 3552566544

Your Investigation ID is: 07

What's your credit score? Find out by ordering your VantageScore® from Experian for only $7.95 plus applicable state sales tax. To order your VantageScore, call 1 888 322 5583.

VantageScore is owned by VantageScore Solutions, LLC.

This notice is systematically generated. Please do not attempt to reply or send email because we cannot receive it.

Click here to Reply or Forward

Exh A - Page 31

*Exhibit 7-A*


**Experian**
A world of insight

**Report Number:**
**3552-5665-44**
Online Credit Report from Experian for:
**PHILIPPE Z ZATTA**

<u>Summary of Results</u>
<u>Details of Dispute Results</u>
<u>Important Message from Experian</u>
<u>Know your rights</u>

Report date: **October 25, 2012**



Go Back >>

We have completed the processing of your dispute(s). Here are the results. If you still question an item then you may want to contact the
furnisher of the information directly or review the original information in the public record.

### Contact us                                                                                  Back to top
Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
**NCAC**
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

### Results                                                                                      Back to top
**How to read your results**
• **Deleted** - This item was removed from your credit report
• **Remains** - This item was not changed as a result of our processing of your dispute.
• **Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was
verified as belonging to you.
• **Processed** - This item was either updated or deleted; review this report to learn its outcome

Credit Items

**VERIZON WIRELESS**
**Account Number: 9715659100....**                              **Outcome: Updated**
**FIDELITY CREDITOR SVC**
**Account Number: F600MOS2440767319**                          **Outcome: Remains**
**PROGRESSIVE MGMT SYSTE**
**Account Number: 18728547**                                   **Outcome: Remains**

### Details Of Dispute Results                                                                   Back to top

Potentially Negative Items or items for further review                                           Back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most
public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax

liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Payment history legend

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

Credit Items

### EOS CCA

**Address:**
700 LONGWATER DR
NORWELL, MA 02061
(781) 681-4300

**Account Number:**
5043183

**Original Creditor:**
AT T MOBILITY

**Address Identification Number:**
0385261990

**Status:**
Collection account. $120 past due as of Oct 2012.

| **Date Opened:** 08/2012 | **Type:** Collection | **Credit Limit/Original Amount:** $98 |
|---|---|---|
| **Reported Since:** 10/2012 | **Terms:** 1 Months | **High Balance:** NA |
| **Date of Status:** 10/2012 | **Monthly Payment:** $0 | **Recent Balance:** $120 |
| **Last Reported:** 10/2012 | **Responsibility:** Individual | **Recent Payment:** $0 |

**Payment History:**
2012
OCT
C

**Account History:**
Collection as of Oct 2012

### FIDELITY CREDITOR SVC

**Address:**
216 S LOUISE ST
GLENDALE, CA 91205
(818) 502-1981

**Account Number:**
F600MOS2440767319

**Original Creditor:**
MOSS COMPANY

**Address Identification Number:**
0186077686

**Status:**
Collection account. $474 past due as of Oct 2012.

**Status Details:**
This account is scheduled to continue on record until Apr 2018.
This item remained unchanged from our processing of your dispute in Oct 2012.

Exh A - Page 33

10/29/12                  Experian - Printable Full Report



Exhibit 7-B


A world of insight

**X** Close window

## Online Personal Credit Report from Experian for

Experian credit report prepared for

**PHILIPPE Z ZATTA**

Your report number is

**3552-5665-44**

Report date:

**10/29/2012**

 Print report

Index

– Contact us

– Potentially negative items

– Accounts in good standing

– Requests for your credit history

– Personal information

– Your personal statement(s)

– Important message from Experian

– Know your rights

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us                                                                              back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport.
You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review                                back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not

1/21

Exh A - Page 34

This item remained unchanged from our processing of your dispute in Oct 2012.

| | | |
|---|---|---|
| **Date Opened:** 09/2011 | Type: Collection | Credit Limit/Original Amount: $421 |
| **Reported Since:** 10/2011 | Terms: 1 Months | High Balance: NA |
| **Date of Status:** 11/2011 | Monthly Payment: $0 | Recent Balance: $474 as of 10/2012 |
| **Last Reported:** 10/2012 | Responsibility: Individual | Recent Payment: $0 |
| **Your Statement:** | | |

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Payment History:

| 2012 | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Account History:
Collection as of Oct 2011 to Oct 2012

## PROGRESSIVE MANAGEMENT SYSTEMS

**Address:**
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790
(800) 640-9211

**Account Number:**
18728547

**Original Creditor:**
SADDLEBACK MEMORIAL MEDICAL CE

**Address Identification Number:**
0186077686

**Status:** Collection account. $132 past due as of Oct 2012.

Status Details: This account is scheduled to continue on record until Apr 2016.
This item remained unchanged from our processing of your dispute in Oct 2012.

| | | |
|---|---|---|
| **Date Opened:** 12/2009 | Type: Collection | Credit Limit/Original Amount: $100 |
| **Reported Since:** 02/2010 | Terms: NA | High Balance: NA |
| **Date of Status:** 02/2010 | Monthly Payment: $0 | Recent Balance: $132 as of 10/2012 |
| **Last Reported:** 10/2012 | Responsibility: Individual | Recent Payment: $0 |

Payment History:

| 2012 | | | | | | | | | | 2011 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

| 2010 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Account History:
Collection as of Feb 2010 to Oct 2012

## VERIZON WIRELESS

**Address:**
PO BOX 26055
MINNEAPOLIS, MN 55426

**Account Number:**
9715659100....

Exh A - Page 35

(800) 852-1922
**Address Identification Number:**
0186077686

**Status:** Collection account. $89 past due as of Sep 2012.

**Status Details:** This account is scheduled to continue on record until Aug 2018.
This item was updated from our processing of your dispute in Oct 2012.

| | | |
|---|---|---|
| **Date Opened:** 05/2009 | **Type:** Cell Phone | **Credit Limit/Original Amount:** NA |
| **Reported Since:** 02/2012 | **Terms:** 1 Months | **High Balance:** $89 |
| **Date of Status:** 02/2012 | **Monthly Payment:** $0 | **Recent Balance:** $89 as of 09/2012 |
| **Last Reported:** 09/2012 | **Responsibility:** Individual | **Recent Payment:** $0 |
| **Your Statement:** | | |

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

**Payment History:**

2012

| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
|-----|-----|-----|-----|-----|-----|-----|-----|
| C | C | C | C | C | C | C | C |

**Account History:**
Collection as of Feb 2012 to Sep 2012

**Balance History - The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
Aug 2012: $89 / no data / no data / no data
Jul 2012: $89 / no data / no data / no data
Jun 2012: $89 / no data / no data / no data
May 2012: $89 / no data / no data / no data
Apr 2012: $89 / no data / no data / no data
Mar 2012: $89 / no data / no data / no data
Feb 2012: $89 / no data / no data / no data

Between Feb 2012 and Aug 2012, your credit limit/high balance was $89

## Accounts in Good Standing

back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

**CAP1/BSTBY**

Address:                      **Account Number:**
PO BOX 5253                   700119196699....
CAROL STREAM, IL 60197
*No phone number available*
**Address Identification Number:**
0186077603

**Status:** Open/Never late.

| | | |
|---|---|---|
| **Date Opened:** 12/2011 | **Type:** Charge Card | **Credit Limit/Original Amount:** $300 |

Exh A - Page 36



**Experian**
A world of insight

Prepared for: **PHILIPPE ZOGBE ZATTA**
Date: **June 27, 2012**
Report number: **4085-3860-22**

Page 1 of 14

Dear **PHILIPPE ZOGBE ZATTA,**

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

Unfortunately, we are unable to honor your request to place credit information into your personal credit report. We do not add data to our database from private parties since we would be unable to verify or maintain the data.

We receive credit information from credit grantors who subscribe to our services and public record information from vendors who collect it from the courts or other government offices. Some creditors may choose to report their data to the other consumer credit reporting agencies, and they may not report it to us.

Pursuant to Section 611(a)(3)(A) of the Fair Credit Reporting Act, **we were unable to honor your request or a portion of it** based on the limited amount of information regarding your dispute. If you believe that an item on your personal credit report is inaccurate or incomplete, please provide specific information. Be sure to indicate the specific item you are disputing and explain why you believe the information is inaccurate, for example; "not mine," "paid in full," "never late," "included in bankruptcy," "incorrect name," etc.

If the status, a date, an amount, a balance, personal information such as name or address, or any other specific information is inaccurate you should also indicate what the correct information should be. Once we receive this information, we will process your dispute.

You may also log on to **www.experian.com/disputes**, or call us at the phone number on your personal credit report for faster service.

The dispute process may take up to 30 days (or up to 45 days for a dispute of information in an annual free credit report). We will send you the results once completed. If you write to us, please provide the following:

• **One copy of a government issued identification card, such as a driver's license state or military ID card, etc.**

• **One copy of a utility bill, bank or insurance statement, etc.**

Please also include the following identification information:

PO Box 9701
Allen, TX 75013



0003754 02 MB 0.401 **AUTO   1 0 7154 92612-262121   -C02-P03757-I
PHILIPPE ZOGBE ZATTA
4521 CAMPUS DR #242
IRVINE CA 92612-2621



Scan me with your smart phone
for special offers from Experian.

0490197703

Exh A - Page 37



:::::: Experian
A world of insight

Prepared for: **PHILIPPE ZOGBE ZATTA**
Date: **June 27, 2012**
Report number: **4085-3860-22**

Page 2 of 14

- Your full name including middle initial (and generation - JR, SR, II, III)

- Social Security number

- Date of birth

- Complete addresses for the past two years

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents.

If you believe you are a victim of fraud, you may want to contact your local law enforcement agency to make an identity theft report. The identity theft report should include as many of the following elements as possible: specific dates such as when the loss or theft of personal information occurred or when the fraud(s) occurred; how you discovered or learned of the theft; any known information about the perpetrator; the names of creditors and account numbers involved in the theft; name, badge number and signature of the law enforcement personnel who processed the report; the filing date and case number. You may find the following suggestions helpful:

- **Protect Yourself** First, make sure an Initial Security Alert or Extended Fraud Victim Alert is on file with all nationwide consumer credit reporting agencies. If you request an alert with us, we will share your request with the other nationwide consumer credit reporting agencies, Equifax and TransUnion.

- **Inform the Sources** Contact each source of information, including creditors and public record offices, and inform them that the account is fraudulent.

- **Document all Contacts** Make notes of everyone you spoke with: ask for names, department names, phone extensions; record the date you spoke to them.

- **Understand the Process** Each creditor may have a different process for handling a fraud claim. Make sure you understand exactly what is expected from you, and then ask what you can expect from the creditor. **At the conclusion of a dispute, ask the creditor for a document that states you are not responsible for the debt.**

- **Follow Up** Make sure everything the creditor or credit reporting agency has requested is received. It is always a good idea to place a follow up call or send a letter for confirmation.

- **Review Reports Regularly** We suggest that you routinely request new copies of your personal credit report to review.

- **Don't Throw Away Files** Keep all notes and correspondence in an accessible file in case they are needed in the future.

Sincerely,

Experian
NCAC
P.O. Box 9554
Allen TX 75013



Exh A - Page 38



**Experian**
A world of insight

Prepared for: **PHILIPPE ZOGBE ZATTA**
Date: **June 27, 2012**
Report number: **4085-3860-22**

Page 3 of 14

## Dispute results

### About our dispute process

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record.

The federal Fair Credit Reporting Act provides that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;

- add a statement disputing the accuracy or completeness of the information; and

- request that we send these results to organizations who have requested your credit report in the past two years for employment purposes or six months for any other purpose.

If no information follows, our response appeared on the previous page.

### What's your credit score?

Find out by ordering your VantageScore® from Experian for only **$7.95**. To order, call 1 888 322 5583.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Exh A - Page 39



:⋅⋅ Experian
A world of insight

Prepared for: PHILIPPE ZOGBE ZATTA
Date: June 27, 2012
Report number: 4085-3860-22

Page 4 of 14

**Personal statements you've asked us to include** You've given us the following statement to include every time a company asks us for your credit report:

"ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 949-500-5921 OR EVENING 949-442-4269 . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 07-19-08."

"FILE FROZEN DUE TO STATE LEGISLATION."

**Your accounts that may be considered negative**
The most common items in this section are late payments, accounts that have been charged off or sent to collection, bankruptcies, liens, and judgments. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

■ Credit items

**FIDELITY CREDITOR SVC**
216 S LOUISE ST
GLENDALE CA 91205
**Phone number**
(818) 502 1981
**Partial account number**
F600M0S24407G7319
**Address identification number**
0186077686
**Original creditor** MOSS   COMPANY

| | |
|---|---|
| **Date opened** | Sep 2011 |
| **First reported** | Oct 2011 |
| **Date of status** | Nov 2011 |

| | |
|---|---|
| **Type** | Collection |
| **Terms** | 1 Months |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $421 |
| **High balance** | Not reported |

| | |
|---|---|
| **Recent balance** | $459 as of Jun 2012 |

| | |
|---|---|
| **Responsibility** | Individual |
| **Status** | Collection account. $459 past due as of Jun 2012. This account is scheduled to continue on record until Apr 2018. |

**Payment history legend**

| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
|---|---|---|---|
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| TST | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |



**Payment history**
**2012**
JUN MAY APR MAR FEB JAN DEC NOV OCT
C C C C C C C C C

**2011**

0490197703

Exh A - Page 40


Experian
A world of insight

Prepared for: **PHILIPPE ZOGBE ZATTA**
Date: **June 27, 2012**
Report number: **4085-3860-22**

Page 5 of 14

## Your accounts that may be considered negative (continued)

**PROGRESSIVE MANAGEMENT SYSTEMS**
1521 W CAMERON AVE FL 1
WEST COVINA CA 91790
**Phone number**
(800) 640 9211
**Partial account number**
18728547
**Address identification number**
0724482786
**Original creditor SADDLEBACK MEMORIAL MEDICAL CE**

| | |
|---|---|
| **Date opened** Dec 2009 | **Type** Collection |
| **First reported** Feb 2010 | **Terms** Not reported |
| **Date of status** Feb 2010 | **Monthly payment** Not reported |

**Credit limit or original amount** $100
**High balance** Not reported

**Recent balance** $129 as of Jun 2012

**Responsibility** Individual
**Status**
Collection account. $129 past due as of Jun 2012.
This account is scheduled to continue on record until Apr 2016.

**Payment history**
2012    2011    2010
JUN MAY APR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C  C

---

**RECEIVABLES PERFORMANCE**
20816 44TH AVE W
LYNNWOOD WA 98036
**Phone number**
(866) 212 7408
**Partial account number**
32663030
**Address identification number**
0186077686
**Original creditor SPRINT**

| | |
|---|---|
| **Date opened** Feb 2012 | **Type** Collection |
| **First reported** Jun 2012 | **Terms** 1 Months |
| **Date of status** Jun 2012 | **Monthly payment** Not reported |

**Credit limit or original amount** $162
**High balance** Not reported

**Recent balance** $540 as of Jun 2012

**Responsibility** Joint
**Status**
Collection account. $540 past due as of Jun 2012.
This account is scheduled to continue on record until Oct 2018.

**Payment history**
2012
JUN
C

0490197703



Prepared for: **PHILIPPE ZOGBE ZATTA**
Date: **June 27, 2012**
Report number: **4085-3860-22**

Page 6 of 14

Your accounts that may be considered negative (continued)

**VERIZON WIRELESS**
PO BOX 26055
MINNEAPOLIS MN 55426
**Phone number**
(800) 852 1922
**Partial account number**
9715659100.....
**Address identification number**
0186077686

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| May 2009 | Revolving | original amount | $89 as of May | Individual |
| **First reported** | **Terms** | Not reported | 2012 | **Status** |
| Feb 2012 | 1 Months | **High balance** | | Collection account. $89 past due as of May 2012. |
| **Date of status** | **Monthly** | $89 | | This account is scheduled to continue on record until Aug |
| Feb 2012 | **payment** | | | 2018. |
| | Not reported | | | |

**Payment history**
2012

| MAY | APR | MAR | FEB |
|---|---|---|---|
| ■ | ■ | ■ | ■ |

| | Apr12 | Mar12 | Feb12 |
|---|---|---|---|
| **AB** | 89 | 89 | 89 |
| **D/R** | ND | ND | ND |
| | ND | ND | ND |
| **PD/D** | ND | ND | ND |

▶ *Between Feb 2012 and Apr 2012, your credit limit/high balance was $89*

*Account history - If your creditor reported your account balances to us, we list them in this section as additional information about your account. Your balance history may also include your credit limit and high balance or the original loan amount for an installment loan. This section also includes the scheduled payment amounts, amounts actually paid and the dates those payments were made. ND: No Data.*

**AB** = Account balance ($)     **D/R** = Date payment received     = Scheduled payment amount ($)     **PD/D** = Actual amount paid ($)

## Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

## ■ Credit items

**CAP1/BSTBY**
PO BOX 5263
CAROL STREAM IL 60197
**No phone number available**
**Partial account number**
7001191966999......
**Address identification number**
0186077603

| Date opened | Type | Credit limit or | Recent balance | Responsibility |
|---|---|---|---|---|
| Dec 2011 | Revolving | original amount | $194 as of May | Individual |
| **First reported** | **Terms** | $300 | 2012 | **Status** |
| Dec 2011 | Not reported | **High balance** | **Recent payment** | Open/Never late. |
| **Date of status** | **Monthly** | $269 | $50 | |
| May 2012 | **payment** | | | |
| | $25 | | | |



0490197703

Exh A - Page 42



Experian
A world of insight

Prepared for: **PHILIPPE ZOGBE ZATTA**
Date: **June 27, 2012**
Report number: **4085-3860-22**

Page 13 of 14

*Personal information continued*

**SO CALIF EDISON COMPANY**  PO BOX 9004   SAN DIMAS CA 91773
(800) 655-4555
**Date of inquiry:** Jun 24, 2011; Jun 24, 2011

**SO CALIF EDISON COMPANY**
No phone number available
**Date of inquiry:** Jun 24, 2011

**SCHOOLSFIRST FEDERAL CREDIT UNION**  PO BOX 11547   SANTA ANA CA
92711
No phone number available
**Date of inquiry:** Jun 14, 2011

**ENHANCED RECOVERY CO LLC**  8014 BAYBERRY RD   JACKSONVILLE FL 32256
No phone number available
**Date of inquiry:** May 19, 2011

**SCHOOLSFIRST FEDERAL CREDIT UNION**  PO BOX 11547   SANTA ANA CA
92711
No phone number available
**Date of inquiry:** Oct 19, 2010

**EXPERIAN**  PO BOX 2002   ALLEN TX 75013
No phone number available
**Date of inquiry:** Jul 07, 2009; May 21, 2009; Apr 21, 2009; Mar 21, 2009; Feb 21,
2009; Jan 21, 2009; Dec 21, 2008; Nov 21, 2008; Oct 21, 2008; Sep 21, 2008; Aug 21,
2008; Jul 21, 2008

**EXPERIAN**
No phone number available
**Date of inquiry:** Jul 21, 2008

### ■ Personal information

The following information is reported to us by you, your creditors and/or other sources.
Each source may report your personal information differently, which may result in
variations of your name, address, Social Security number, etc.  As part of our fraud
protection efforts, a notice with additional information may appear.

### ■ Names

PHILIPPE ZOGBE ZATTA
Name identification number: 5410
PHILIPPE ZALTA
Name identification number: 7672

### ■ Addresses

These addresses are listed in no particular order and may include previous addresses
where you received mail. The Address identification number is how our system
identifies the address and the source of that address, such as a creditor, court or
potential creditor. The geographical code shown with each address identifies the state,
county, census tract, block group and Metropolitan Statistical Area associated with
each address.  These listings do not affect your credit score.

| Address | Type of address | Geographical code |
|---|---|---|
| 2967 MICHELSON DR #G225<br>IRVINE CA 92612-0657<br>Address identification number: 0406248238 | Apartment complex | 0-6261010-59-5945 |
| 4521 CAMPUS DR<br>IRVINE CA 92612-2621<br>Address identification number: 018077603 | Single family | 0-6262720-59-5945 |
| 4521 CAMPUS DR #242<br>IRVINE CA 92612-2621<br>Address identification number: 018077686 | Single family | 0-6262720-59-5945 |
| 751 SAN JULE CT APT3<br>SUNNYVALE CA 94085-3350<br>Address identification number: 0189443633 | Apartment complex | 0-50890010-85-7360 |
| 1760 POMONA AVE APT64<br>COSTA MESA CA 92627-3636<br>Address identification number: 018468280 | Apartment complex | 0-6360520-59-7800 |
| 545 EBBCREEK DR APTE<br>CORONA CA 92880-6726<br>Address identification number: 0209512421 | Apartment complex | 0-4080830-65-7800 |
| 3108 RUE MARCEAU APT1213<br>SOUTH BEND IN 46615-2916<br>Address identification number: 0099240710 | Apartment complex | 0-130010-141- |
| 317 1 2 N SCOTT ST<br>SOUTH BEND IN 46616-1133<br>Address identification number: 0099251290 | Single family | 0-190010-141- |
| 2967 MICHELSON DR<br>IRVINE CA 92612-0657<br>Address identification number: 0322877814 | Multifamily | 0-6261010-59- |

Exh A - Page 43

Exhibit 1-B

 **Experian**
A world of insight

X **Close window**

## Online Personal Credit Report from Experian for

Experian credit report prepared for
**PHILIPPE Z ZATTA**
Your report number is
**3552-5665-44**
Report date:
**10/04/2012**

Index
- Contact us
- Potentially negative items
- Accounts in good standing
- Requests for your credit history
- Personal information
- Your personal statement(s)
- Important message from Experian
- Know your rights

📧 Print report

Experian collects and organizes information about you and your credit history from public records, your creditors and other reliable sources. By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that reports your payment history to us. If so, those names display in your report, but in reports to others they display only as "Medical Information Provider." Consumer statements included on your report at your request that contain medical information are disclosed to others.

To return to your report in the near future, log on to www.experian.com/consumer and select "View your report again" or "Dispute" and then enter your report number.

If you disagree with information in this report, return to the Report Summary page and follow the instructions for disputing.

## Contact us
back to top

Need to view your report again or dispute information? Access your report online at www.experian.com/viewreport. You may also contact us by mail at:
NCAC
P.O. Box 9701
Allen, TX 75013

Or, by phone at:
1 800 493 1058
Monday through Friday, 9 am to 5 pm in your time zone.

## Potentially Negative Items or items for further review
back to top

This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments and most public record items may remain on the credit report for up to seven years, except Chapters 7, 11 and 12 bankruptcies and unpaid tax liens, which may remain for up to 10 years. A paid tax lien may remain for up to seven years. Transferred accounts that have not

been past due remain up to 10 years after the date the account was transferred.

| Payment history legend | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

## Credit Items

For your protection, the last few digits of your account numbers do not display.

### FIDELITY CREDITOR SVC

Address:
216 S LOUISE ST
GLENDALE, CA 91205
(818) 502-1981
Address Identification Number:
0186077686

Account Number:
F600MOS2440767319

Original Creditor:
MOSS COMPANY

Status: Collection account. $473 past due as of Oct 2012.

Status Details: This account is scheduled to continue on record until Apr 2018.

| | | |
|---|---|---|
| Date Opened: | Type: | Credit Limit/Original Amount: |
| 09/2011 | Collection | $421 |
| Reported Since: | Terms: | High Balance: |
| 10/2011 | 1 Months | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 11/2011 | $0 | $473 as of 10/2012 |
| Last Reported: | Responsibility: | Recent Payment: |
| 10/2012 | Individual | $0 |
| Your Statement: | | |

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Payment History:

| 2012 | | | | | | | | | | 2011 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT |
| C | C | C | C | C | C | C | C | C | C | C | C | C |

Account History:
Collection as of Oct 2011 to Oct 2012

### PROGRESSIVE MANAGEMENT SYSTEMS

Address:
1521 W CAMERON AVE FL 1
WEST COVINA, CA 91790
(800) 640-9211

Account Number:
18728547

Original Creditor:
SADDLEBACK MEMORIAL MEDICAL CE

Address Identification Number:
0186077686

Status: Collection account. $132 past due as of Oct 2012.

Status Details: This account is scheduled to continue on record until Apr 2016.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 12/2009 | Collection | $100 |
| Reported Since: | Terms: | High Balance: |
| 02/2010 | NA | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 02/2010 | $0 | $132 as of 10/2012 |
| Last Reported: | Responsibility: | Recent Payment: |
| 10/2012 | Individual | $0 |

Payment History:

| 2012 | | | | | | | | | 2011 | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

| 2010 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB | JAN | DEC | NOV | OCT | SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Account History:
Collection as of Feb 2010 to Oct 2012

**VERIZON WIRELESS**

Address:
PO BOX 26055
MINNEAPOLIS, MN 55426
(800) 852-1922

Account Number:
9715659100....

Address Identification Number:
0186077686

Status: Collection account. $89 past due as of Sep 2012.

Status Details: This account is scheduled to continue on record until Aug 2018.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 05/2009 | Cell Phone | $89 |
| Reported Since: | Terms: | High Balance: |
| 02/2012 | 1 Months | $89 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 02/2012 | $0 | $89 as of 09/2012 |
| Last Reported: | Responsibility: | Recent Payment: |
| 09/2012 | Individual | $0 |

Payment History:

| 2012 | | | | | | | |
|---|---|---|---|---|---|---|---|
| SEP | AUG | JUL | JUN | MAY | APR | MAR | FEB |
| ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

Account History:
Collection as of Feb 2012 to Sep 2012

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Aug 2012: $89 / no data / no data / no data
Jul 2012: $89 / no data / no data / no data
Jun 2012: $89 / no data / no data / no data
May 2012: $89 / no data / no data / no data
Apr 2012: $89 / no data / no data / no data
Mar 2012: $89 / no data / no data / no data
Feb 2012: $89 / no data / no data / no data

Between Feb 2012 and Aug 2012, your credit limit/high balance
was $89

## Accounts in Good Standing

back to top

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to
appear on your report for up to ten years.

### CAP1/BSTBY

Address:
PO BOX 5253
CAROL STREAM, IL 60197
*No phone number available*
Address Identification Number:
0186077603

Account Number:
700119196699....

Status: Open/Never late.

| Date Opened: | Type: | Credit Limit/Original Amount: |
|---|---|---|
| 12/2011 | Charge Card | $300 |
| Reported Since: | Terms: | High Balance: |
| 12/2011 | NA | $269 |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 08/2012 | $25 | $0 /paid as of 08/2012 |
| Last Reported: | Responsibility: | Recent Payment: |
| 08/2012 | Individual | $30 |

Payment History:

| 2012 | | | | | | | | 2011 |
|---|---|---|---|---|---|---|---|---|
| AUG | JUL | JUN | MAY | APR | MAR | FEB | JAN | DEC |
| OK | OK | OK | OK | OK | OK | OK | OK | OK |

Balance History - **The following data will appear in the following format:**
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jul 2012: $30 / July 19, 2012 / $25 / $134
Jun 2012: $164 / June 23, 2012 / $25 / $30
May 2012: $194 / May 23, 2012 / $25 / $50
Apr 2012: $244 / March 22, 2012 / $25 / no data
Mar 2012: $0 / March 22, 2012 / $25 / $104
Feb 2012: $104 / February 22, 2012 / $25 / $25
Jan 2012: $49 / January 23, 2012 / $25 / $75
Dec 2011: $123 / no data / $25 / no data

Between Dec 2011 and Jul 2012, your credit limit/high balance
was $300

### CITIBANK

Address:
PO BOX 769006
SAN ANTONIO, TX 78245
(800) 685-0935
Address Identification Number:
0406248238

Account Number:
922373....

Status: Paid,Closed/Never late.

Status Details: This account is scheduled to continue on
record until Mar 2019.

. **EXPERIAN** .

Address:
PO BOX 2002
ALLEN TX 75013
*No phone number available*

Date of Request:
07/07/2009, 05/21/2009, 04/21/2009,
03/21/2009, 02/21/2009, 01/21/2009,
12/21/2008, 11/21/2008, 10/21/2008,
09/21/2008, 08/21/2008, 07/21/2008

**EXPERIAN**

Address:

*No phone number available*

Date of Request:
07/21/2008

## Personal Information

back to top

The following information is reported to us by you, your creditors and other sources. Each source may report your personal info differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud prevention efforts, a notice with additional information may appear. As a security precaution, we did not list the Social Security number that you provided when you contacted us. If any Social Security number variations were reported to us, only the last four digits of each are displayed. Numbers that appear here vary from the number you used to generate this report. Actual differences in these numbers may be part of the displayed portion or part of the hidden portion. The names are listed in no particular order and may include variations of your legal name. The Name identification number is how our system identifies the names associated with respective accounts on your credit report. These addresses are listed in no particular order and may include previous addresses where you received mail. The Address identification number is how our system identifies the address. The Geographical Code shown with each address identifies the state, county, census tract, block group and Metropolitan Statistical Area associated with each address.

Names:
PHILIPPE ZOGBE ZATTA
Name identification number: 5410

PHILIPPE ZALTA
Name identification number: 7672

Year of birth:

Employers:
UNIV OF NOTRE DAME
UNIVERSITY OF NORTE

Telephone numbers:
(310) 832-3037 Residential

Address: 4521 CAMPUS DR #242
IRVINE, CA 92612-2621
Address identification number: 0186077686

Type of Residence: Single family

Geographical Code: 0-6262720-59-5945

Address: 2967 MICHELSON DR #G225
IRVINE, CA 92612-0657
Address identification number: 0406248238

Type of Residence: Apartment complex

Geographical Code: 0-6261010-59-5945

Address: 4521 CAMPUS DR
IRVINE, CA 92612-2621
Address identification number: 0186077603

---

. (408) 735-7808 Residential
(702) 771-6806 Cellular

Type of Residence: Single family

Geographical Code: 0-6262720-59-5945

Address: 751 SAN JULE CT APT3
SUNNYVALE, CA 94085-3350

Address identification number: 0189443633

Type of Residence: Apartment complex

Geographical Code: 0-50890010-85-7360

Address: 1760 POMONA AVE APT64
COSTA MESA, CA 92627-3636

Address identification number: 0184668280

Type of Residence: Apartment complex

Geographical Code: 0-6360520-59-7800

Address: 545 EBBCREEK DR APTE
CORONA, CA 92880-6726

Address identification number: 0209512421

Type of Residence: Apartment complex

Geographical Code: 0-4080830-65-7800

Address: 3108 RUE MARCEAU APT1213
SOUTH BEND, IN 46615-2916

Address identification number: 0099240710

Type of Residence: Apartment complex

Geographical Code: 0-130010-141-

Address: 317 1 2 N SCOTT ST
SOUTH BEND, IN 46616-1133

Address identification number: 0099251290

Type of Residence: Single family

Geographical Code: 0-190010-141-

Address: 2967 MICHELSON DR
IRVINE, CA 92612-0657

Address identification number: 0322877814

Type of Residence: Multifamily

Geographical Code: 0-6261010-59-

Address: 2967 MICHELSON DR APTG22
IRVINE, CA 92612-0657

Address identification number: 0718826066

Type of Residence: Apartment complex

Geographical Code: 0-6261010-59-7800

Address: 947 W BISHOP ST
SANTA ANA, CA 92703-4806

Address identification number: 0185833616

Type of Residence: Single family

Geographical Code: 0-7490130-59-

Address: 2967 MICHELSON DR STEG
IRVINE, CA 92612-8801

Address identification number: 0385261990

Type of Residence: Multifamily

Geographical Code: 0-6261010-59-5945

Address: 2967 MICHELSON DR APT6225
IRVINE, CA 92612-0657

Address identification number: 0724482786

Type of Residence: Apartment complex

Geographical Code: 0-6261010-59-5945

Address: 3108 RUE MARCEAU APT1
SOUTH BEND, IN 46615-2992

Address identification number: 0243659064

Type of Residence: Apartment complex

Geographical Code: 0-130010-141-5945

Notices:

The address that you gave us when you contacted us is not the same as the address that you gave us when you requested that we add a security freeze to your personal credit report.

## Your Statement(s)

back to top

At your request, we include the following statement(s) every time your credit report is requested.

ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 949-285-8361 OR EVENING 949-873-8211 . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
PHILIPPE ZATTA

**DEFENDANTS**
EXPERIAN INFORMATION SOLUTIONS, INC.

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Philippe Zatta          T: (949) 285-8361
4521 Campus Drive, #242
Irvine, CA 92612

**Attorneys** (If Known)

Nilab Rahyar, Esq.          T: (949) 851-3939
JONES DAY                   F: (949) 533-7539
3161 Michelson Drive, Suite 800
Irvine, CA 92612

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff    ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant    ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding  ☑ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No          ☑ **MONEY DEMANDED IN COMPLAINT: $** 16,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
15 U.S.C. Section 1681. Claims under the Fair Credit Reporting Act, 15 U.S.C. Section 1681 et seq. brought against Defendant by Plaintiff.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☑ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 443 Housing/Acco-mmodations | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | |
| | ☐ 290 All Other Real Property | | |

## SACV12-02068 CJC (RNBx)

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑No    ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or

☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or

☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐     Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐     Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County (Experian Information Solutions, Inc.) | Ohio (Experian Information Solutions, Inc.) |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange County | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note:  In land condemnation cases, use the location of the tract of land involved                                               .

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date November 29, 2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Cormac J. Carney  and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV12- 2068 CJC (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[X] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.