UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 12-02068-CJC(RNBx)                                      Date:  May 28, 2013

Title: <u>PHILIPPE ZATTA v. EXPERIAN INFORMATION SOLUTIONS, INC.</u>


PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

<u>Michelle Urie</u>                                   <u>    N/A    </u>
Deputy Clerk                                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                      None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

    *Pro se* plaintiff Philippe Zatta filed this action in Orange County Superior Court on October 30, 2012 against defendant Experian Information Solutions, Inc. ("Experian").  On March 18, 2013, Mr. Zatta moved for leave to amend his Complaint. (Dkt. No. 14.)  The Court granted Mr. Zatta's motion on April 17, 2013.  (Dkt. No. 20.) Although Mr. Zatta attached a proposed amended complaint to his motion, he did not formally file the amended complaint with the Court.  Therefore, on May 16, 2013, the Court ordered Mr. Zatta to file his amended complaint no later than May 24, 2013.  (Dkt. No. 23.)  Mr. Zatta failed to comply with the Court's Order and has yet to file an amended complaint.  The Court hereby **ORDERS** Mr. Zatta to show cause in writing no later than June 4, 2013 why this case should not be dismissed for failure to prosecute and comply with the Court's May 16 Order.  This matter will stand submitted upon receipt of Mr. Zatta's papers.


mtg

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk ____